■ JOHN POPKIN, Respondent, v. RUBEL CORPORATION et al., Appellants.— Order of December 24, 1959 unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Bergan, JJ.

■ ROSE BADIGIAN, Individually and as Guardian ad Litem of GREGORY R. BADIGIAN, Appellant, v. GEORGE BADIGIAN, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

■ In the Matter of D & G CATERING, INC., Appellant, against STEPHEN P. KENNEDY, as Police Commissioner of the City of New York, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

■ In the Matter of ANTONIO GROTTANO, Appellant, against STEPHEN P. KENNEDY, as Commissioner of the Police Department of the City of New York, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

■ In the Matter of DAVID AYMAN et al., Individually and in Behalf of All Others Similarly Situated, Respondents, against TEACHERS' RETIREMENT BOARD OF THE CITY OF NEW YORK, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ. [19 Misc 2d 355, 374.]

■ In the Matter of ELLIS JOHNSON et al., on Behalf of Themselves and All Others Similarly Situated, Respondents, against NEW YORK CITY TEACHERS' RETIREMENT BOARD, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ. [19 Misc 2d 355, 374.]

■ SAMUEL J. REINER et al. v. RICHARD KANE et al.— Motion for stay denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

### (April 20, 1960)

■ In the Matter of HARRY I. GREENE against THE PEOPLE OF THE STATE OF NEW YORK et al.—Motion for an order striking the printed record on appeal and dismissing appeal denied. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

### (April 21, 1960)

■ In the Matter of RUTH STRECKER, Respondent, against HAROLD J. STRECKER, Appellant.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM HERNANDEZ, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM HERNANDEZ, Appellant.— Order denying motion for writ of error coram nobis without a hearing reversed, on the law and on the facts, and a hearing directed. Defendant swears he was unable to speak or understand English when he